No. 2520. — El Pueblo, apdo., *v.* Gómez, aplte. — C. D. Humacao. Jun. 12, 1925. Portar armas. Señalándose como único error el cometido por la corte a juicio, del apelante, al apreciar la prueba; siendo ésta contradictoria y no habiéndose probado que al dirimir el conflicto actuara el juez movido por pasión, prejuicio o parcialidad o cometiera manifiesto error, *se confirma* la sentencia apelada.

No. 3444.—Remy Liger, demandante y aplte., *v.* Muñoz Morales et al., demandados y apdos.—C. D. San Juan, 2º Disto. Jun. 12, 1925. Revocada la orden dictada por la Corte de Distrito de San Juan, Disto. 2º en agosto 18, 1924 por los fundamentos de los casos de *Cruz* v. *Iriarte,* 29 D. P.R. 969, y *Cruz Rodríguez* v. *La Corte de Distrito del Segundo Distrito,* 31 D.P.R. 694, y se devuelve a la referida corte para ulteriores procedimientos no inconsistentes con la doctrina establecida en dichos casos.

No. 3545.—Sucesión de M. Rivera et al., apltes., *v.* G. Godreau & Cía., apdos.—C. D. Guayama. Jun. 12, 1925. Deslinde. Alegándose como único error que la corte abusó de su discreción al dictar la orden apelada dejando sin efecto su sentencia dictada en rebeldía y abriendo de nuevo el pleito para ulteriores procedimientos; no apareciendo evidente de un examen de los autos que tal error se cometiera y visto el artículo 140 del Código de Enjuiciamiento Civil y la jurisprudencia de esta corte sobre la materia, invocada en su resolución por el juez de distrito, *se confirma* la resolución apelada.

No. 2527.—El Pueblo, apdo., *v.* Trinidad Cintrón, aplte. C. D. Ponce. Jun. 15, 1925. Portar armas. Siendo nula la sentencia recurrida porque no determina el delito del cual fué declarado culpable el acusado, de acuerdo con la jurisprudencia establecida en los casos de *El Pueblo* v. *Campos,* 17 D.P.R. 1193, *El Pueblo* v. *Fernández,* 19 D.P.R. 115, y *El Pueblo* v. *Seda,* 34 D.P.R. 207 *se revoca* la sentencia, y se devuelve el caso a los fines que fueren procedentes.